PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>DAVEYON DAVIS<br><br>             Defendant. | Case No. 5:22-po-00051-SAB<br><br>[Citation # 6554072 A/9692]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Alexandre Dempsey, Assistant United States Attorney, hereby moves to dismiss Case No. 5:22-po-00051-SAB [Citation #6554072 A/9692] against DAVEYON DAVIS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 13, 2022                               Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

                                         By:     /s/ *Alexandre Dempsey*
                                                  ALEXANDRE DEMPSEY
                                                  Assistant United States Attorney

                                                                    U.S. v. DAVIS
                                                         Case No. 5:22-po-00051-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 5:22-po-00051-SAB [Citation # 6554072 A/9692] against DAVEYON DAVIS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE